No. 475. MISSISSIPPI POWER & LIGHT CO. ET AL. v. LOWE ET AL. Appeal from the Supreme Court of Mississippi. Decided October 25, 1937. *Per Curiam:* The

appeal herein is dismissed for the want of a substantial federal question. *Cincinnati Street Ry. Co.* v. *Snell,* 193 U. S. 30, 36, 37; *Bain Peanut Co.* v. *Pinson,* 282 U. S. 499, 501; *Wisconsin* v. *Zimmerman,* 299 U. S. 504. *Messrs. Marcellus Green, Garner W. Green,* and *Forrest B. Jackson* for appellants. No apearance for appellees.